Case 1:24-cv-00641-JMB-PJG   ECF No. 1,   PageID.1   Filed 06/20/24   Page 1 of 9

FILED - KZ
June 20, 2024 4:22 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES /6/20

# UNITED STATES OF AMERICA
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

1:24-cv-641

Jane M. Beckering
U.S. District Judge

# THOMAS KEVIN MOORE ,

*PLAINTIFF,*

THOMAS KEVIN MOORE

534 LAWRENCE AVE.

KALAMAZOO, MI 49004

[signature] 6-20-24 4:25pm

VS.

*DEFENDANT*

# VINCENT C. WESTRA

VINCENT C. WESTRA

6184 WINDDRIFT AVE.

KALAMAZOO, MI 49009

I Humbly bring fourth this Constitutional Complaint against Retired Judge Vincent Westra, for Willfully, Deliberately, Intentionally, & Willfully Violated MY Promised Constitutional Rights. This Complaint will Factually Prove that Vincent Westra Abused His Powers of authority under the Color of Law. This Complaint will Prove beyond any shadow of doubt, Prove that Judge Vincent Westra abused his authority that has caused Me a Life time of Vided Nightmarish Memories of what I was Forcibly & Violently forced to endure Mentally and Physically, based upon Vincent Westra Willfully Manipulation of the Law. This complaint will Prove how Vincent Westra abused his Authority under the Color of Law when I was sent to the Kalamazoo Psychiatric Hospital. I was sent to the Kalamazoo Psychiatric Hospital, by at the Judge Vincent Westra's signature, for (0.1 grams of Marihuana). The Paperwork that I included with this complaint. This Travesty of MY Constitutional Rights, that Vincent Westra Willfully, Intentionally, Deliberately, and Consciously choose to DISREGARD The Rights PROMISED to ME by the CONSTITION and the OATH to uphold ALL Laws, which he FAILED Miserably in 2006.

1.) Vincent Westra kept ME Confined for over and 184 Days (See Attachment "Kalamazoo County Sherriff's Office) "5/09/06 – 11/08/06" for a Misdemeanor that under 14th Due Process & M.C.R. 6.004, I should have been Released in 28 Days

2.) The Bond given by Vincent Westra was $5000 (See Attachment "ACTIONS, JUDGEMENTS, CASES NOTES. Case No. 0606576SM), which is a Constitutional Violation done by Vincent Westra Willfully, Intentionally, Deliberately Violated the OATH he Swore to Uphold.

3.) Vincent Westra Willfully, Intentionally, Deliberately with Malice in Retaliation for a Complaint Filed Against him, which the Federal Marshalls Delivered on 05/11/06 (See Attachment 4:06-cv-00048-RAE), 5/12/06 Vincent Westra Found ME "INCOMPETENT TO STAND TRIAL" (See Attachment "ACTIONS, JUDGEMENTS, CASE NOTES: Case NO. 0606576SM "5/12/06, which Reflects RETALIATION for a Federal Court Complaint 4:06-cv-00048-RAE Served on 5/11/06.

4.) The ECCESSIVE Bond given by Vincent Westra was $5000 (See Attachment "ACTIONS, JUDGEMENTS, CASES NOTES "BOND SET" for .1 of Gram 0f Marihuana (See Attachment "Incident/Investigation Report – Supplement Notes Shows an ECCESIVE amount of Bond Money that is Prohibited by Law an the Oath Vincent Westra took when Sworn in a an HONORABLE JUDGE. That Excessive bond was given to Hold MY SELF Hostage by Vincent Westra Willfully, Intentionally, and Deliberately under

the Color of Law to Deprive ME of MY Promised Rights in the Constitution.

5.) Vincent Westra Willfully, Deliberately, and Intentionally Violated His Sworn Office of OATH when in 2006 August had ME committed to The Kalamazoo Psychiatric Hospital on Oakland (Attachments Pending a Motion for Discovery) for a Case that involved ".1 grams of Marihuana" Case Number 06-009027.

6.) The Evidence of ".1 grams of Marihuana" Case Number 06-009027 was LOCATED AFTER I was Under Arrest and Transported to "KDPS H/Q for book in" according to (See Attachment "Incident/Investigation Report "SEARCH SUBSEQUENT TO ARREST: "After transporting Moore to KDPS HQ for book in, I conducted a thorough search of Moore and his property. During that search, I located a small burnt paper cigarette containing a green leafy substance believed to be marijuana." Shows that I was already in custody when the Charge Against ME was Fabricated.

7.) I was ORDERED by Vincent Westra, to Be Committed to the Kalamazoo State Hospital in August of 2006, for .1 gram of Marihuana, where I was FORCIBLY Subjected to INHUMANE Treatment for .1grams of Marihuana that I NEVER Saw, Had, or Obtained.

8.) Vincent Westra under the Color of Law Set MY Bond $5000 aka Ransome that High in Regards on 05/09/06 to Hold MY Persons Hostage for .1 gram of Marihuana to later

have MY Constitutional Rights Violated to Subject ME to a HORROR Show of the Kalamazoo State Hospital to FORCIBLY by LAW make ME TAKE under the Color of LAW Mind Altering Chemicals.

9.) Vincents Westra had to Willfully, Intentionally, and Deliberately ENLIST in a Conspiracy the Kalamazoo City Police, The Kalamazoo County Sheriff Department. The Kalamazoo State Hospital Authorizes, Kalamazoo Probate Judge, as well as the Kalamazoo Prosecuting Attorney to Willfully, Intentionally, and Deliberately Violate MY Protected PROMISED CONSTITIONAL RIGHTS, in order to Violate SO MANY of MY Rights the above Mentioned PROMISE TO UP HOLD UNDER OATH of OFFICE.

10.) My name was Deliberately, Intentionally, Willfully, SLANDERED by Judge Westra in order to Shade MY character of Good Standing with Prosecuting Attorney of Kalamazoo Michigan, Kalamazoo County Sheriff Department, The Kalamazoo Psychiatric Hospital, as well as Members of MY Immediate Family, under the Color of Law.

11.) I went Infront of Vincent on 11//08/06 while STILL under the Effects of the Mind altering Psychotropic Chemicals that I was being forced to take, which is PROHIBITED by Law to be under ANY Mind Altering Drugs while going to Court, for a Fabricated crime of .1 of a gram of Marijuana, which is about less then .20 cent worth of Something that was NEVER Found on ME at the time of the Initial Arrest, but Planted to justify WRONFULL Arrest…

12.) MY Driver License was Also Suspended by Judge Westra to further demonstrate His Willfulness to Intentionally desecrate MY CONSTITUTIONALLY Promised Rights, which are the same Ones Judge Westra swore TO UPHOLD as a Government of Michigan Representee.

13.) Judge Westra's BLANANT disregard for MY Due Process is evident in other Proceedings that Judge Westra Chose to Preside Over Court Proceedings, even after the FACT that I had Previously made a Federal Court Complaint against Judge Westra's Court Room Antics that STRIP ME of ANY and ALL Basic rights, when the 13th Right was violated and was made a SLAVE of the State and FORCED to take Mind Altering Chemicals, based upon Judge Westra ABUSE of Authority when I was KIDNAPPED and HELD HOSTAGE by an Overly Excessive Bond Set by a Sincerely Corrupt Judge of the Michigan Courts.

14.) MY Plea of GUILTY on 11'08/06 was done ONLY Great Mental Duress of the Threats of Being WRONGFULLY confined Longer by the Kalamazoo Prosecuting Attorney and Judge Westra.

15.) I was given PROBATION by Judge Westra on 11/08/06 in to 2007, for a case that NEVER should been Fabricated about .1 of a gram of Marijuana that was (SUPOSEDLY) Taken from Property after I was Admittingly Assaulted by the Arresting Officer on 5/08/06.

# RELIEF SOUGHT is ONE MILLION Dollars for COMPESATION for CRUEL Mental Damages and Suffering…

I Humbly Ask This Court to ORDER Vincent Westra to Compensate ME for his Willful, Intentional, and Deliberately Violating SEVERAL of MY CONSTITUTIONAL United States born Citizen is Promised to ME and ALL Americans, Especially a VETERAN of the UNITED STATES Military with an HONORABLE Character of Service of 1986. The Compensation for the TRAVESTY of Justice of Morals, Ethics and Laws should be $ONE MILLION Dollars. The Money Deserved will be used to try and forget and forgive what Vincent Westra did as a Sitting Judge on the Bench of a MICHIGAN Court under the Color of Law. I have SUFFERED Mentally throughout the years behind the Mental Duress that Vincent Westra Manipulated and Perpetrated under the Color of Law. Vincent Westra abused His Authority of the Law based upon having the power of Manipulation to Strip MY CONSTITUTIONAL Rights Under the Color of Law. MY Family Ties have Fractured behind the Willful ANTICS of Rights manipulation practiced by Vincent Westra from 05/09/06 to 11/08/06, which I was given "PROBATION" after being made Plead "GUILTY" to a

Charge that NEVER Should have been FABRICATED, but Cleverly, Fiendishly, and Lawfully Carried Out By Vincent Westra Deliberately, Intentionally, Willfully, and Purposely. I ask this Court to Rule in MY Favor in this Complaint Against Vincent Westra in Awarding ME $ONE MILLION Dollars, for DOING things UNBECOMING of ANY Judge, when They are put in Place to be Impartial and Fair, which Retired Judge Westra DEFINITELY DOESN'T qualify… I have SUFFERED Greatly over the years Emotionally, Physically, Psychologically and had Family Ties severed behind the Intentional and Deliberate VIOLATIONS of MY CONSTITUTIONAL Protected Rights as an Natural born Citizen of the United States of America, as well as being a Veteran. I Continully reflect upon how Judge Westra Violated MY Rights with ABUSE of Digression under the Color of Law. Judge Westra Should have NEVER Used His Authority as a Vessel for Vengeance of a Poisonous fruit, which is Prohibited by the Same Oath of Office. The Complexity of Travesty of Injustice Committed by Judge Westra between 5/9/06 and 11/08/06 is Unfathomable, Except for the FACT that I was the INNOCENT Victim under a Perverse Color of Truth by the TAINTED Malice Influenced Judge Westra. I Exercised MY GOD given Rights by Law and was PUNISHED for IT by Judge Westra Deliberately, Intentionally, and willfully under the Guise of Law, for his Soul Purpose of Law Manipulation of the MOST Poisonous Fruit, in DIRECT Retaliation of a Lawful Complaint that the Federal Marshalls Delivered AGAINST Judge Westra. The HEINUS Mis-Carriage of Integrity & Ethics perpetrated by Judge Westra has Helped and Severed Family & Church ties based upon Judge Westra Liebling MY name and Character under the Color of Law.

P.S.

Should I Expect behind this Federal Complaint that I will be FORCIBLY subjected to Mind Alerting Chemicals Again???